91D01-2212-CT-000029
White Superior Court

Filed: 12/2/2022 11:08 AM
Clerk
White County, Indiana

| STATE OF INDIANA | ) | IN THE WHITE COUNTY SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | 91D01-2212-CT-000029 |
| COUNTY OF WHITE | ) | CAUSE NO. _____ |

AN UDDER SENSATION II, LLC )
)
    Plaintiff, )
)
    v. )
)
INDIANA BEACH HOLDINGS, LLC )
)
    Defendant. )

## COMPLAINT

Plaintiff An Udder Sensation II, LLC, by counsel, files its complaint against Defendant Indiana Beach Holdings, LLC and in support thereof, states as follows:

1.    Plaintiff, An Udder Sensation II, LLC (Plaintiff or "AUS") is an Indiana limited liability company.

2.    Defendant Indiana Beach Holdings, LLC (Defendant or "Indiana Beach") is an Indiana limited liability company.

### COUNT I: Breach of Contract

3.    Plaintiff realleges and reaffirms each and every rhetorical paragraph contained in this Complaint and incorporates the same herein by reference.

4.    AUS and Indiana Beach entered into a certain written "Concession Agreement" dated as of April 4, 2022 (the "Agreement"). A copy of the Agreement is submitted to this Complaint as "**Exhibit A**".

5.    Pursuant to the Agreement, AUS operated a retail business on real estate owned by Indiana Beach.

1

6. AUS generated revenue through retails sales of goods and services.

7. AUS remitted revenue from such sales to Indiana Beach.

8. Indiana Beach failed to remit to AUS the portion of revenue to which AUS is entitled under the Agreement.

9. In failing to do so, Indiana Beach breached the Agreement.

10. As a proximate result of Indiana Beach's breach of the Agreement, AUS suffered significant harm, pecuniary loss and damages.

11. AUS respectfully requests that the Court award it damages, costs, and fees resulting from the Defendants' breaches of the Agreement.

## COUNT II: Breach of Trust

12. AUS realleges and reaffirms each and every rhetorical paragraph contained in this Complaint and incorporates the same herein by reference.

13. Indiana Beach accepted and held title to certain revenue for the benefit of AUS as a beneficiary.

14. By operation of law, Indiana Beach owed a fiduciary duty to AUS.

15. Indiana Beach acted as a "trustee" within the meaning Ind. Code 30-4-1-1.

16. Indiana Beach committed a breach of trust in failing to remit to AUS the revenue which belongs to AUS.

17. As a proximate result of Indiana Beach's breach of the Agreement, AUS suffered significant harm, pecuniary loss, and damages.

18. AUS respectfully requests that the Court award it damages, costs, and fees resulting from the Defendant's breach of trust.

## COUNT III: Civil Conversion

19. AUS realleges and reaffirms each and every rhetorical paragraph contained in this Complaint and incorporates the same herein by reference.

20. Pursuant to Indiana law, a person who misappropriates property belonging to another for that person's own use and benefit, in exclusion and defiance of the owner's rights and under an inconsistent claim of title, is liable for the tort of conversion.

21. Indiana Beach converted AUS's property to the detriment of AUS.

22. As a direct and proximate consequence of the conversion by Indiana Beach, AUS has suffered pecuniary losses and sustained injuries and damages.

23. Accordingly, AUS respectfully requests that the Court award it damages, costs, and attorney's fees resulting from the Defendants' conversion.

**COUNT IV: Theft, Criminal Conversion and Deception**

24. AUS realleges and reaffirms each and every rhetorical paragraph contained in this Complaint and incorporates the same herein by reference.

25. Pursuant to Ind. Code Ann. § 35-43-4-2, a person who knowingly or intentionally exerts unauthorized control over property of another person with intent to deprive the other person of any part of its value or use commits theft.

26. Pursuant to Ind. Code Ann. § 35-43-4-3, a person who knowingly or intentionally exerts unauthorized control over property of another commits criminal conversion.

27. Pursuant to Ind. Code Ann. § 35-43-5-3, a person commits the crime of deception if the person knowingly or intentionally makes a false or misleading written statement with intent to obtain property.

28. Indiana Beach knowingly or intentionally exerted unauthorized control over AUS's property.

29. Indiana Beach knowingly or intentionally exerted unauthorized control over AUS's property with intent to deprive AUS of its value or use.

30. Indiana Beach knowingly or intentionally made false or misleading written statements with intent to obtain AUS property.

31. As a direct and proximate consequence of the acts committed by Indiana Beach, AUS has sustained injuries, damages, and pecuniary loss.

32. Pursuant to Ind. Code Ann. § 34-24-3-1, AUS is entitled to recover and respectfully requests that the Court award it three times its actual damages, the costs of this action, reasonable attorneys' fees, travel expenses, direct and indirect expenses incurred by AUS related to attending any court proceedings, and reasonable costs of collection.

## COUNT V: Unjust Enrichment

33. AUS realleges and reaffirms each and every rhetorical paragraph contained in this Complaint, and incorporates the same herein by reference.

34. AUS remitted to Indiana Beach sale proceeds pursuant to the Agreement.

35. In remitting the sale proceeds, AUS did not intend to confer a gratuity unto Indiana Beach.

36. In receiving sale proceeds and failing to remit to AUS its proportionate share of such sale proceeds, Indiana Beach has received a benefit to which it is not entitled.

37. Under the circumstances, it would be unjust for Indiana Beach to retain any benefits it has received by retaining the sale proceeds from AUS.

38. AUS requests the Court to impose a constructive trust over all Indiana Beach's property to the extent that any property was acquired or improved from sale proceeds generated by AUS.

Respectfully Submitted,

/s/*Andrew A. Heisz*
Andrew A. Heisz (Atty. No.: 36845-53)
David M. Stupich (Atty. No.: 32166-79)
Stuart & Branigin LLP
300 Main St. Suite 900
Lafayette, IN 47902
Tel.:   (765) 423-1561
Fax:   (765) 742-8175
Email: dms@stuartlaw.com
**Attorneys for Plaintiff,**
**An Udder Sensation II, LLC**

1528337_1